# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EMELIA S. HARRIS,

      Plaintiff,

v.                                     Case No. 6:17-cv-828-Orl-18GJK

PRESIDENT DONALD TRUMP,
      Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Emelia S. Harris's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which the Court referred to United States Magistrate Gregory J. Kelly for a report and recommendation.

On May 10, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 3). Having reviewed the Report and Recommendation (Doc. 3) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Gregory J. Kelly's Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.
2. Plaintiff Emelia S. Harris's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.
3. Plaintiff Emelia S. Harris's Complaint (Doc. 1) is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 19 day of June, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties